UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60399-CIV-UNGARO

DEMETRIUS CALHOUN,

    Plaintiff,

v.

DETECTIVE EDDIE GRANT, *et al.*,

    Defendants.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint filed pursuant to 42 U.S.C. § 1983 on February 23, 2011.  (D.E. 1.)  Also before the Court are Plaintiff's Motion for the Appointment of Counsel (D.E. 11) and Motion to File an Amended Complaint (D.E. 13).

THE COURT has reviewed the Motions and the record as a whole and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick White, who, on March 29, 2011, issued a Report recommending that the Complaint be dismissed for failure to state a claim upon which relief may be granted.  (D.E. 8.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report, and on April 15, 2011, Plaintiff filed his Objections to Report and Recommendations.  (D.E. 9.)  On the same date, Plaintiff filed an Amended Complaint.

In his Objections, Plaintiff requests that the Court reconsider the Magistrate Judge's

recommendation that his Complaint be dismissed but also acknowledges that his original Complaint was not sufficiently detailed to state a claim. Accordingly, Plaintiff requests that the Court review the amended complaint filed at the same time as his Objections. (D.E. 10.)

Upon a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, AND AFFIRMED: Plaintiff's Complaint (D.E. 1) is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to File an Amended Complaint (D.E. 13) is GRANTED: Plaintiff's Amended Complaint (D.E. 10) shall be deemed filed as of the below signature date. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for the Appointment of Counsel (D.E. 11) is DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 3d day of May 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Demetrius Calhoun, *pro se*
Magistrate Judge White